[Nos. 11083–7–I; 11974–5–I. Division One. September 24, 1984.]

CHRISTOPHER SMART, ET AL, *Respondents,* v. PATRICK MACDONALD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for San Juan County, No. 3890, Howard A. Patrick, J., entered November 5, 1981. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, C.J., Scholfield, J., dissenting.

[No. 13597–0–I. Division One. September 24, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. SEAN R. JOHNSTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–01599–7, Gary M. Little, J., entered July 12, 1983. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Durham, C.J. Now published at 38 Wn. App. 793.

[No. 13203–2–I. Division One. September 24, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CURT LEROY RUSSELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–00303–4, Jack Richey, J. Pro Tem., entered April 19, 1983. *Remanded* by unpublished opinion per Swanson, J., concurred in by Durham, C.J., and Callow, J.